UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA, DUBLIN and STATESBORO DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
PATRICIA G. RHODES
January 27, 2020 through January 31, 2020
and February 18, 2020 through February 21, 2020.

Case Nos.:

CR118-072, C. Caudle
CR119-018, Z. Gordon, et. al.
CR119-029, O. Echols, et. al.
CR119-032, J. Hambrick, et. al.
CR119-047, W. Forrester, et. al.
CR119-077, V. Kunakowsky (Inf)
CR119-110, C. Bolt
CR119-113, T. Freeman, et. al.
CR119-151, D. Reid
CR113-010, A. Willingham
CR117-027, J. Hamm
CR116-058, D. Cobb
CR116-087, D. Copeland

CR315-005, K. Cook

CR619-007, A. Powell
CR619-013, J. Aldrich

CV118-027, A. Willingham
CV118-192, J. Hamm
CV119-135, D. Cobb
CV119-182, D. Copeland

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of January 27, 2020 through January 31, 2020 to travel out of the country for work purposes and February 18, 2020 through February 21, 2020 for a vacation out of state; same is hereby GRANTED.

This 20th day of December, 2019.

CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA